**Exhibit A to the Complaint**

**Location:** Grosse Pointe, MI  
**Total Works Infringed:** 24  
**IP Address:** 162.228.98.153  
**ISP:** AT&T U-verse

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 294DDCEBFD93AA7E18B5CCC90F48DC52718D1B79<br>File Hash:<br>FD6A9D3183365AC95017C622CEEDE7C51872C6FDA57F35D63F6C2ECC7254D62C | 11/22/2022<br>21:49:26 | Blacked Raw | 06/07/2021 | 06/15/2021 | PA0002296926 |
| 2 | Info Hash: D9AB0A49CA29AA5CC6A9711F57728DF11900443D<br>File Hash:<br>612EB7ABF107081198F9583BEE843C2DFBDE916A6F5510B8A3C99041F1F9A212 | 11/22/2022<br>18:17:27 | Tushy | 11/20/2022 | 12/11/2022 | PA0002384715 |
| 3 | Info Hash: 9690A9C37C9F20B1B609DE0EAD87297A8EF7A438<br>File Hash:<br>48299B3A1CB9C059B3604DD18800FDD80CCBCC2C1D54CCE849D48F5A5B47ED37 | 11/22/2022<br>15:36:46 | Blacked | 06/18/2022 | 06/27/2022 | PA0002355032 |
| 4 | Info Hash: EF30CEA47B180A82FCDB40E4429B9280786CBDCE<br>File Hash:<br>426620AFCFC38A261CA1DFE8A663B2FF4281F8ADD5FD327B441604CBFA634D7D | 11/21/2022<br>03:36:40 | Tushy | 06/10/2018 | 07/14/2018 | PA0002128387 |
| 5 | Info Hash: D93E7A2150B84861096407A9CABB85144D6DA4EC<br>File Hash:<br>7181F8C850321C93A227560AC549BC5E49DAB521BB9974A950DF7FA6EE4E28C1 | 11/21/2022<br>03:35:05 | Blacked Raw | 05/27/2019 | 06/13/2019 | PA0002180951 |
| 6 | Info Hash: 45F6A060C0966A6ADD2044D7C2A8B8875F11DBD6<br>File Hash:<br>3D77F4D4B13826631C797B1C9D39502DFD64814FE2042C88F00E6F3689EA6FEA | 11/21/2022<br>00:26:09 | Blacked | 06/25/2022 | 07/22/2022 | PA0002359471 |
| 7 | Info Hash: 53DFAD25E14FFB1D5151685A90C174CE24B1BF05<br>File Hash:<br>641BF17828C09C914D56D1B9D789B3DB2CB5798E9CB02B5AD805F0BDC001CCD7 | 11/21/2022<br>00:25:06 | Blacked Raw | 04/19/2021 | 04/27/2021 | PA0002288984 |
| 8 | Info Hash: 95B9CF5CAF0E78C21913BDA68E42B394C45A7DEA<br>File Hash:<br>AF63A8FF8E3D439EEC82F08904552769E5256206380DED58E6517F06037EE2E2 | 07/10/2022<br>23:45:39 | Vixen | 04/19/2017 | 06/16/2017 | PA0002069291 |
| 9 | Info Hash: 167C517974AA9DA4667F71C69CAEE827B4E4AEC6<br>File Hash:<br>CEDEB9BD31C0DD2AFC95A70BFACB8483AED2E5F1ACD83DB0936CC10142104658 | 07/10/2022<br>23:30:38 | Slayed | 12/28/2021 | 02/03/2022 | PA0002341801 |
| 10 | Info Hash: B66E4DF4C377B571965639AC18CB070AB84F7B03<br>File Hash:<br>C571F130ADC19F25E4AFEC3C79A2AE5543F6161FC96088BC75F7507D9F71A289 | 07/10/2022<br>16:16:29 | Vixen | 02/18/2022 | 03/29/2022 | PA0002342837 |
| 11 | Info Hash: 9A06966A173537FF9DF96291DF2675E090890249<br>File Hash:<br>ACEB875F87F96F4F6779B11CD5A2EC52720944B751C5FC8EB367DF71CA6112E9 | 07/09/2022<br>00:26:55 | Vixen | 06/17/2022 | 06/27/2022 | PA0002355040 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 0753B3BD46B261145CFB5D01B789E28DDAA4FCEE<br>File Hash:<br>F668BFDCDBFC768954954D7BF52671E0AA627F170A8A39B6E6CEA1F9DED4E181 | 07/09/2022<br>00:04:22 | Tushy | 06/19/2022 | 08/10/2022 | PA0002370907 |
| 13 | Info Hash: E533B796107B8AAD8968BB91C4834F93DE5110D9<br>File Hash:<br>701F9B58EFC42D81AC0BD3A8E6A7513130543589B0819C84BCF90EE274B8C281 | 07/08/2022<br>20:35:32 | Vixen | 09/13/2021 | 10/05/2021 | PA0002315286 |
| 14 | Info Hash: D4F52517DC48FF927307B55BE341A274683C38C4<br>File Hash:<br>BCA131295A648A2056BB8137A759EDE88EF9FF40A75F91EA4155B955F0188189 | 07/08/2022<br>20:34:16 | Vixen | 11/26/2021 | 01/07/2022 | PA0002337919 |
| 15 | Info Hash: 7EFE7E84699F1073E55F54F35F175E7DA0DA9AF7<br>File Hash:<br>AAC4376DF5AF9F483273617E9D72E69EAF62D41D1E9ABDA97D262D4991D79571 | 07/08/2022<br>20:33:41 | Vixen | 05/20/2022 | 06/27/2022 | PA0002354985 |
| 16 | Info Hash: 0462D373EDC5BFF169B3DCCB9FF967FEB0C0A5E0<br>File Hash:<br>89E659B924CC18F157F35A3DF4ED59A3D40411F854BE952355132749FD7D4EBC | 07/08/2022<br>20:33:27 | Tushy | 10/17/2021 | 11/11/2021 | PA0002321294 |
| 17 | Info Hash: 045BE64C85ADE7806DEB94A9A9541ED70C955F39<br>File Hash:<br>2D93B90F44E0E2FCA669314BA08EA8E8DA574D1040C8048221CC853931217200 | 01/04/2022<br>20:38:29 | Blacked Raw | 10/04/2021 | 10/19/2021 | PA0002317056 |
| 18 | Info Hash: 75435DE79D0D6CA504ACA25DE6A5B206473F1C9B<br>File Hash:<br>520A918186BBA676A432F81A738D99DB763F86BE62B6E75F569B500176D9649B | 01/04/2022<br>20:18:28 | Vixen | 01/01/2021 | 02/02/2021 | PA0002281154 |
| 19 | Info Hash: 245E7595EAF9BD032DBBCC7121C46D91F6011AA6<br>File Hash:<br>E17E601B8258A8F7991ADA885BCBB266011A675682891A8EAA4F6C844B0E217D | 12/28/2020<br>03:13:23 | Tushy | 06/05/2018 | 07/14/2018 | PA0002128384 |
| 20 | Info Hash: 0C805D61A8C0E4253AD33AE9FF3C39D3580D2D5F<br>File Hash:<br>CA97A412B190BF68537D16FD89A099FE43BE847EE26FCEE7702462139A1CFAAD | 12/08/2020<br>00:40:10 | Tushy | 09/03/2017 | 09/15/2017 | PA0002052851 |
| 21 | Info Hash: 715C2B25BDAD9A8397CBBA8D15356FDE24B5BC94<br>File Hash:<br>DE95A81FE2DABD028850A74CF2732ABA5EBF397D3C5EC01BE21B3436D1C0E872 | 11/13/2020<br>06:28:07 | Vixen | 11/10/2017 | 12/04/2017 | PA0002097978 |
| 22 | Info Hash: 5C0D8ECA7365BEE319443F580FD34AFAA8ED2835<br>File Hash:<br>C2018683EA9532C6F7C9389AF5BC6D4E6F65B7FE41A5A5370E7EE700531F4920 | 07/23/2020<br>09:53:45 | Tushy | 06/30/2019 | 07/17/2019 | PA0002188300 |
| 23 | Info Hash: 3F270D99BA6AD25ECA5DA3F1A19E9EE0BD1A3B75<br>File Hash:<br>BC3B31B3647AE5C82A35A0142199F2969DE0DAF9966BA26F68E8D6E2E2FB9748 | 07/23/2020<br>09:39:26 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: BB23DC3E3F41E06024BD34016ED05E4D25A7F0AA<br>File Hash: D7B1DFE14A95301D829FD5CBF99D29998ECBD57AB42E09DFFBE9C55F73A582DD | 06/26/2020 15:17:15 | Tushy | 05/03/2020 | 05/19/2020 | PA0002241474 |